■ HENRY A. JEMISON, Appellant, v TRINA B. JEMISON, Respondent ■ Memorandum: Inasmuch as petitioner has been released on parole, this appeal is moot. (Appeal from order of Erie County Family Court, Sedita, J.—visitation.) Present—Dillon, P. J., Doerr, Green, Balio and Lawton, JJ.